# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE VERIZON MOBILE CELLULAR TELEPHONE, etc. | Mag. J. No. 20-0063-N |

### GOVERNMENT'S MOTION TO DELAY NOTICE OF SEARCH WARRANT PURSUANT TO 18 U.S.C. § 3103a

Comes now the United States, by and through the United States Attorney for the Southern District of Alabama, and moves the Court to delay notice of the search warrant issued in the instant case, and as grounds therefor says the following:

The Court previously authorized the Government to delay notice of the search originally authorized in the original search warrant for a period of thirty days, based upon the information contained in the affidavit (Doc. 1).   On January 20, 2021, the Court entered an Order [Doc. 20] extending notice of the search warrant for thirty days.   The Government is seeking an additional extension of thirty days as authorized by 18 U.S.C. § 3103a(c).   The statute provides that extensions of delay are appropriate upon a showing of the need for further delay.   The Government submits that that the investigation remains ongoing as to the user of the target telephone and others who were contacted regarding criminal activity through the target telephone.   Under the circumstances, the Government submits that there is good cause to justify a further delay of notice for an additional thirty days in this matter.

WHEREFORE, the Government files its motion seeking a delay of an additional thirty

days for the disclosure of the search warrant in the abovecaptioned matter.

          Respectfully submitted,

          RICHARD W. MOORE
          UNITED STATES ATTORNEY

          By: s/Gloria A. Bedwell
          Gloria A. Bedwell
          Assistant United States Attorney
          63 South Royal Street, Suite 600
          Mobile, Alabama 36602
          (251) 441-5845